1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

CATHY KENNEDY REYES,                    CASE NO. 05CV1132 BEN (BLM)

12
                                Plaintiff,    ORDER EXTENDING PRETRIAL
                                              DATES
        vs.
13
MICHAEL CHERTOFF, Secretary,
14   Department of Homeland Security,

15                                Defendant.

16
17          All current pretrial dates are hereby extended by 90 days.  The pretrial conference currently

18   set for December 18, 2006 will be held on March 19, 2007.

19   IT IS SO ORDERED.

20   DATED:  February 17, 2007

21                                              _____
                                                Hon. Roger T. Benitez
22                                              United States District Judge

23
24
25
26
27
28

- 1 -                                   05CV1132 BEN (BLM)