# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Reyes

V.

Chertoff

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv1132 BEN(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants defendant's motion for summary judgment..........................................................................

| March 1, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J. Hathaway
(By) Deputy Clerk
ENTERED ON March 1, 2007

05cv1132 BEN(BLM)